JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>JESUS MARTINEZ-DELGADO,<br>    Defendant. | 2:25-cv-01801-DSF<br><br>JUDGMENT |

The Court having denied Defendant's motion under 28 U.S.C. § 2255,

IT IS ORDERED AND ADJUDGED that Defendant not receive the relief demanded in the motion.

Date:  October 10, 2025

_____
Dale S. Fischer
United States District Judge